IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SETTLERS HOSPITALITY GROUP, LLC, et al.,** | : | Civil No. 3:22-CV-966 |
| | : | |
| Plaintiffs, | : | |
| | : | (Judge Mehalchick) |
| v. | : | |
| | : | |
| **ZURICH AMERICAN INS. CO.,** | : | (Magistrate Judge Carlson) |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 15th day of July 2024, in accordance with the accompanying Memorandum IT IS ORDERED that the defendant's supplemental motion to compel (Doc. 37), is DENIED without prejudice to renewal of the motion, if necessary, following resolution of the ending cross motions for summary judgment.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge